**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEATHER GONGAWARE, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, LLC, AMAZON LOGISTICS, INC., and SHEARD-LOMAN TRANSPORT, LLC,<br><br>Defendants. | Case No. 18-cv-08358<br><br>Honorable Manish S. Shah |

**<u>DEFENDANTS' L.R. 3.2 NOTIFICATION AS TO AFFILIATES</u>**

Pursuant to Fed. R. Civ. P 7.1 and L.R. 3.2, Defendants Amazon.com, LLC and Amazon Logistics, Inc., by and through their counsel Morgan, Lewis & Bockius LLP, make the following corporate disclosure statement:

Amazon.com Services, Inc. (successor by merger to Amazon.com LLC) is a wholly owned subsidiary of Amazon.com, Inc. Amazon.com, Inc. has no parent company, and there is no publicly held corporation owning 10% or more of its stock.

Amazon Logistics, Inc. is a wholly owned subsidiary of Amazon.com, Inc. Amazon.com, Inc. has no parent company, and there is no publicly held corporation owning 10% or more of its stock.

Defendants reserve the right to amend and/or supplement this disclosure in the future.

Dated: March 8, 2019 **MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Meredith E. Riccio*
Meredith E. Riccio
Stephanie L. Sweitzer
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601-5094
Tel: +1.312.324.1000
meredith.riccio@morganlewis.com
stephanie.sweitzer@morganlewis.com

*Attorneys for Defendants Amazon.com, LLC and Amazon Logistics, Inc.*

## **CERTIFICATE OF SERVICE**

    I, Meredith E. Riccio, an attorney, hereby certify that on March 8, 2019, I filed the foregoing *Defendants' L.R. 3.2 Notification as to Affiliates* via the Court's CM/ECF system, which caused a copy of the same to be served upon all counsel of record.

                                            */s/ Meredith E. Riccio*
                                            Meredith E. Riccio