**Jessica J Ramos**

| | |
|---|---|
| **From:** | Priestley Faucett <priestleyfaucett@bears.mybrcc.edu> |
| **Sent:** | Thursday, September 3, 2020 3:16 PM |
| **To:** | Jessica J Ramos |
| **Subject:** | Judge Seeger CASE #: 1:18-cv-08066 and CASE #: 1:18-cv-08358 |
| **Attachments:** | Charles Norgle.pdf |

Please give attachment to Judge Seeger please!


Thanks,
All Class members

FILED
9/3/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JJR

Dear Judge Charles R. Norgle Sr. and Judge Manish Suresh Shah,

**CASE #: 1:18-cv-08066 and CASE #: 1:18-cv-08358**

The defendant in the cases listed above Sheard-Loman Transport, LLC, claimed that they are broke and do NOT have any money to pay the victims in these cases or hire an attorney. They were reportedly out of business as of October 11, 2019. Back in April, they obtained a paycheck protection loan of $350k to $1 million, claiming they saved 200 jobs. My point is if they have such a business income to qualify, they cannot claim they do not have to pay victims or their attornies! They had to qualify and show income to get that loan. While PPP funds are strictly for certain things, Mr. Sheard and Mr. Loman cannot claim OUT OF BUSINESS in federal court if they qualify for $350k plus in loans as of APRIL 2020!

Sincerely,

**ALL CLASS MEMBERS OF THIS CASE**